**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-6730**

JOSEPH LOUIS MCCOY,

Plaintiff - Appellant,

versus

MICHELLE MITCHELL, Sheriff; LIEUTENANT
WILKINS, Medical Supervisor; DEPUTY FORD,
Nurse; DEPUTY SMITH, Nurse; DOCTOR CHANG, MD;
DEPUTY ANDERSON, Nurse,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T. S. Ellis, III, District
Judge.  (1:06-cv-00126-TSE)

Submitted:  August 18, 2006          Decided:  August 29, 2006

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph Louis McCoy, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Joseph Louis McCoy appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) action, alleging deliberate indifference to medical needs, for failure to state a claim pursuant to 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See McCoy v. Mitchell, No. 1:06-cv-00126-TSE (E.D. Va. filed Apr. 3, 2006 & entered Apr. 4, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED